**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

FILED
U.S. DISTRICT COURT
DISTRICT

2016 OCT 11 PM

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

October 11, 2016

MEMORANDUM TO COUNSEL AND MR. GRANT

Leon Palmer Grant (BY US MAIL)
403 Bailey Lane
Salisbury, MD 21801

Leon Palmer Grant (BY US MAIL)
Wicomico County Detention Center
411 Naylor Mill Road
Salisbury, MD 21801

Peter J. Martinez, Esquire (BY CM/ECF)
Assistant United States Attorney

> Re:   *United States v. Leon Palmer Grant*
>        Criminal Action No.  ELH-11-358
>        Civil Action No.  ELH-14-1846

Dear Mr. Grant and Counsel:

The post conviction procedural history of this case is set forth in my Order of September 13, 2016 (ECF 495), which I incorporate here.  I shall review and amplify certain aspects of that history.

On June 9, 2014, the Office of the Federal Public Defender ("OFPD") filed a lengthy "Motion to Correct Sentence under 28 U.S.C. § 2255" (ECF 423, the "Petition") on behalf of Mr. Grant, alleging that Mr. Grant was improperly designated as a career offender.  *Id.*  Following Mr. Grant's entry onto supervised release in May 2015, the OFPD identified Mr. Grant as one of 459 individuals who "may be eligible for relief under 28 U.S.C. § 2255 in light of *Johnson v. United States*, __ U.S. __ , 135 S. Ct. 2551 (2015)."  ECF 465.  However, the OFPD subsequently withdrew from the case.  *See* ECF 483; ECF 484.

By Order of July 7, 2016 (ECF 482), I asked Mr. Grant to advise the Court, in writing, by July 28, 2016, as to whether he wished to pursue the Petition docketed at ECF 423.  *See* ECF 482 at 3.  I also directed the government to file a status report by July 28, 2016.  *Id.*  And, I directed the government to respond to the merits of the Petition by September 7, 2016, "unless Mr. Grant expressly advises the Court that he does not wish to pursue his Petition."  *Id.*

On August 10, 2016, the Clerk docketed a letter from Mr. Grant, stating: "I'm writing to inform you that I would like to pursue my petition (ECF 423)."  ECF 493.  However, the

government did not respond by September 7, 2016, as directed. Therefore, on September 13, 2016, I directed the government to submit its response by September 30, 2016. ECF 495.

As of the writing of this Memorandum, the government has not complied with ECF 495, as it has yet to submit a response to the merits of the Petition. Therefore, by October 28, 2016, the government is directed to respond to the Petition (ECF 423) and to show cause for its failure to comply with ECF 482 and ECF 495.

Despite the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Sincerely,
/s/

Ellen Lipton Hollander
United States District Judge